**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6050**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. EDWARDS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Graham C. Mullen, District
Judge.  (CR-94-147-MU, CA-96-197-3-MU)

---

Submitted:  April 17, 1997          Decided:  April 30, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Michael A. Edwards, Appellant Pro Se.  C. Nicks Williams, OFFICE
OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Edwards</u>, Nos. CR-94-147-MU; CA-96-197-3-MU (W.D.N.C. Nov. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>